UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| Jane Doe,<br><br>       Plaintiff,<br><br>  v.<br><br>Unum Life Insurance Company of America,<br><br>       Defendant. | Case No. 1:21-cv-00115-MV-LF |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE (Doc. 18)**

Defendant Unum Life Insurance Company of America does not oppose Plaintiff's request. But it notes that Plaintiff's motion has relied upon information outside of the Administrative Record that should not be considered when the Court hears the case on the merits.

Dated:	June 15, 2021	LEWIS ROCA ROTHGERBER CHRISTIE LLP

                                                  By:*/s/ Stephen M. Bressler*
                                                      Stephen M. Bressler (AZ 009032)
                                                      SBressler@lrrc.com
                                                      Nicole G. True (NM 152093)
                                                      NTrue@lrrc.com

                                                201 East Washington Street, Suite 1200
                                                Phoenix, AZ  85004
                                                Telephone: 602.262.5311
                                                Facsimile:  602.262.5747

                                                Attorneys for Defendant

114715755.1

- 2 -

## CERTIFICATE OF SERVICE

      I certify that on this 15th day of June, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ryan P. Danoff
MICHAEL DANOFF & ASSOCIATES, P.C.
1225 Rio Grande Boulevard NW
Albuquerque, NM  87104
rdanoff@michaeldanoff.com

Andrew S. Davis
LAMBERT COFFIN
One Canal Plaza, Suite 400
Portland, ME  04101
adavis@lambertcoffin.com

                                                    */s/ Kathleen A. Topczewski*

114715755.1